# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 3, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156146(48)(49)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                               SC: 156146
                               COA: 336623

BRANDON LEWIS CAIN,
      Defendant-Appellant.
                               Wayne CC: 12-003375-FC

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's May 16, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



s0625

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2018



Clerk